IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ANGELO RAFAEL TORRES,

     Plaintiff

  VS.         NO. 5:06-CV-206 (HL)

ALEXIS E.L. CHASE, *et al.*,

     Defendants  **PROCEEDINGS UNDER 42 U.S.C. §1983**
             **BEFORE THE U. S. MAGISTRATE JUDGE**

# RECOMMENDATION

On February 2, 2007, the undersigned ordered plaintiff ALGELO RAFAEL TORRES to show cause as to why his case should not be dismissed for failure to appear for his deposition and failure to prosecute his lawsuit. Tab #20. Plaintiff was cautioned that "FAILURE TO RESPOND WILL RESULT IN A RECOMMENDATION OF DISMISSAL." Id.

Plaintiff has failed to respond to the order. IT IS THEREFORE RECOMMENDED that the defendants' Motion to Dismiss for Failure to Prosecute (Tab #17) be GRANTED and that this case be DISMISSED **with** *prejudice*. Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

The Clerk id directed to serve plaintiff at the LAST ADDRESS provided by him.

SO RECOMMENDED this 10th day of MAY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE