**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| ANGELO RAFAEL TORRES, | : |
| Plaintiff | : |
| v. | : CASE NO. 5:06-CV-206 (HL) |
| ALEXIS E. L. CHASE, et al, | : |
| Defendant | : |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 21) filed May 10, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection to the Magistrate Judge's Recommendation was filed within the time allotted.

**SO ORDERED,** this the 12th day of June, 2006.

                                          *s/ Hugh Lawson*
                                          **HUGH LAWSON, Judge
United States District Court**